Argued July 19, affirmed July 19, 1971

STATE OF OREGON, *Respondent, v.*
LEE WILLIS, *Appellant.*

487 P2d 99

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.